**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JULIUS L. ALI EL**                                                                                          **PETITIONER**

v.                                    **CASE NO: 5:14CV00283 BSM**

**AARON DUVALL, Sheriff,**
**Pope County Jail**                                                                                        **RESPONDENT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. No.1] filed by Julius L. Ali El is dismissed without prejudice. In § 2254 cases, a certificate of appealability may issue only if the petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). As there is no issue on which Ali has made a substantial showing of a denial of a constitutional right, a certificate of appealability is denied.

IT IS SO ORDERED this 10th day of November 2014.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE